United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JESSICA SMITH, | § § § § § § § § § § § | |
| Plaintiff. | | |
| V. | | 3:24-cv-00336 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, | | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On October 10, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 23. Judge Edison filed an amended memorandum and recommendation on December 18, 2025, recommending that Defendant's motion to dismiss (Dkt. 15) be denied. Dkt. 29 at 11.

Neither party filed objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 29) is approved and adopted in its entirety as the holding of the court; and

(2) Defendant's motion to dismiss (Dkt. 15) is denied.

SIGNED on Galveston Island this 12th day of January 2026.

                                                    _____
                                                    JEFFREY VINCENT BROWN
                                                 UNITED STATES DISTRICT JUDGE